UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

HARMS OFFSHORE AHT "MAGNUS" GMBH &
CO. KG,

                    Plaintiff,

    - against -

OILEXCO NORTH SEA LTD.,

                    Defendant.
───────────────────────────────────

09 Civ. 490 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **May 27, 2009 at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           April 17, 2009

                                      John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-09